SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
California Bar No. 190414
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-7177
    E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

E-FILED 5/24/17

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$161,945.42.00 IN BANK FUNDS AND $2,122.00 IN U.S. CURRENCY,<br><br>    Defendants. | NO. CV 16-09158-PSG (SSx)<br><br>[~~PROPOSED~~] DEFAULT JUDGMENT OF FORFEITURE<br><br>DATE: June 12, 2017<br>TIME: 1:00 p.m.<br>Before the Honorable Philip S. Gutierrez. United States District Judge |

    This action arose from the Verified Complaint for Forfeiture ("Complaint") filed herein on December 12, 2016. Notice of this action has been given in the manner required by law. Neither potential claimants Kien V. Luong, Huaqing Shi, Weijie Song, and Deping Wu nor any other potential claimant has appeared by

1

filing a Statement identifying his or her rights or interests with this Court. Further, neither potential claimants Kien V. Luong, Huaqing Shi, Weijie Song, and Deping Wu nor any other potential claimant has filed an Answer to the Complaint or otherwise defended his or her interest, if any, in the defendant $161,945.42 in Bank Funds and $2,122.00 in U.S. Currency ("defendant funds"). Therefore, the Court deems that potential claimants Kien V. Luong, Huaqing Shi, Weijie Song, and Deping Wu and all other potential claimants admit the allegations of the Complaint to be true. The Court further finds that the allegations of the complaint establish that the defendant funds are subject to forfeiture.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right, title, and interest of potential claimants Kien V. Luong, Huaqing Shi, Weijie Song, and Deping Wu and all other potential claimants in and to the defendant funds are condemned and forfeited to the United States of America. The government shall dispose of the defendant funds according to law.

DATED: 5/24/17

PHILIP S. GUTIERREZ

THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented by:

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On <u>March 30, 2017</u>, I served a [PROPOSED] DEFAULT JUDGMENT OF FORFEITURE on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:** SEE ATTACHED SERVICE LIST

<u>X</u> I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: <u>March 30, 2017</u> at Los Angeles, California.

*/s/ Gabriela Arciniega*
**Gabriela Arciniega**

**SERVICE LIST**

Weijie Song
[redacted]
El Monte, CA 91732

Deping Wu
[redacted]
El Monte, CA 91732

Huaqing Shi
[redacted]
El Monte, CA 91732

Kien V. Luong
c/o Nicholas Wooldridge, Esq.
Wooldridge Law
520 South 4th Street
Las Vegas, NV 89101

Kien V. Luong
Prisoner Id.: 155055
Arlington County Detention Center
1435 North Courthouse Road
Arlington, VA 22201